Todd Stave
11403 Spice Oak Ter
Rockville, MD 20850
240-876-3628

January 31, 2025

The Honorable Lydia Kay Griggsby
United States District Court for the District of Maryland
6500 Cherrywood Land
Greenbelt, MD 20770

Re: Request for Issuance of Summons
Case No. 24CV3691
Todd Stave v. Empire Auto Protect LLC

Dear Judge Griggsby,

I am writing to respectfully request the issuance of a summons in the above-referenced case. The case was filed in December 2024, but I have not yet received a summons.

I would appreciate any assistance in ensuring that the summons is issued so that I may proceed with service. Please let me know if any additional information or action is required on my part to facilitate this process.

Thank you for your time and attention to this matter.

Sincerely,

*Todd Stave* (signature)

Todd Stave