AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

TODD STAVE

*Plaintiff(s)*

v.

EMPIRE AUTO PROTECT LLC

*Defendant(s)*

8:24-cv-03691-LKG

Civil Action No. LKG 24CV3691

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EMPIRE AUTO PROTECT LLC
c/o A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TODD STAVE
11403 Spice Oak Ter
Rockville, MD 20850
(732) 735-9339
toddstave@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/7/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-CV-03691-LKG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* EMPIRE AUTO PROTECT LLC
was received by me on *(date)* 02/25/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* A REGISTERED AGENT, INC., AS REGISTERED AGENT, ACCEPTED BY CHARLOTTE BENICE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* EMPIRE AUTO PROTECT LLC
8 THE GREEN, SUITE A, DOVER, DE 19901   on *(date)* 02/25/2025 AT 2:10 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/25/2025

*Server's signature*

FRANK PRITCHETT          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT;